UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW RUHMANN SLATER,<br><br>　　　　Defendant. | CASE NO. MJ20-523<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Interstate Threats

<u>Date of Detention Hearing</u>:　August 17, 2020.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Defendant's criminal record includes failures to appear and a fugitive charge

DETENTION ORDER
PAGE -1

with an unknown disposition. He was not interviewed by Pretrial Service, so much of his background information is unknown. An Extreme Risk Protection Order has been filed and served on him on two occasions. It is alleged that defendant purchased gun parts after being served with this order. He does not contest detention.

2. Defendant poses a risk of nonappearance based on lack of verified background information, pending criminal matters, possible substance use and/or alcohol use history, possible mental health history and allegations he resisted arrest. Defendant poses a risk of danger based on the nature and circumstances of the offense and possible substance use/alcohol use history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 17th day of August, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3